**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NOE ARTEAGA TORRES,** <br> **Petitioner,** <br><br> **v.** <br><br> **J.L. JAMISON, JOHN E. RIFE,** <br> **MARKWAYNE MULLIN, TODD** <br> **BLANCHE, U.S. DEPARTMENT OF** <br> **HOMELAND SECURITY, EXECUTIVE** <br> **OFFICE FOR IMMIGRATION REVIEW,** <br> **Respondents.** | **CIVIL ACTION** <br><br><br><br> **NO.  26-5191** |

## O R D E R

**AND NOW**, this 27th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1 (the "Petition")), it is hereby **ORDERED** as follows:

1. Petitioner shall file a certificate of service verifying that the Petition has been served

   on Respondents.

2. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

   Pennsylvania without further order of the Court.

3. Respondents shall file and serve a response on or before **July 30, 2026**.

 

 

 

          **BY THE COURT:**

          **/s/ Hon. Kelley B. Hodge**

            **HODGE, KELLEY B., J.**