**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NOE ARTEAGA TORRES,<br>　　　　　　Petitioner,<br><br>　　v.<br><br>J.L. JAMISON, JOHN E. RIFE,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, EXECUTIVE<br>OFFICE FOR IMMIGRATION REVIEW,<br>　　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-5191 |

**O R D E R**

**AND NOW**, this 30th day of July, 2026, upon receipt of Respondents' Response to the Petition (ECF No. 5), it is hereby **ORDERED** that Petitioner shall file a reply on or before **August 3, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

　　HODGE, KELLEY B., J.